Michele R. Stafford, Esq. (SBN 172509)
Adrian L. Canzoneri, Esq. (SBN 265168)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900 – Phone
(415) 882-9287 – Facsimile
mstafford@sjlawcorp.com
acanzoneri@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAY AREA PAINTERS AND TAPERS PENSION TRUST FUND, et al.,<br><br>　　Plaintiffs,<br><br>　　v.<br><br>DI GIROLAMO PAINTING AND DECORATING, INC.,<br><br>　　DEFENDANT. | Case No.: C14-02362-TEH<br><br>**PLAINTIFFS' REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER THEREON**<br><br>Date: February 2, 2015<br>Time: 1:30 p.m.<br>Dept.: Courtroom 12, 19th Floor, San Francisco, CA<br>Judge: Honorable Thelton E. Henderson |

　　　　Plaintiffs herein respectfully request that the Case Management Conference, currently on calendar for February 2, 2015, be continued for at least forty-five (45) days to coincide with the hearing on Plaintiffs' Motion for Default Judgment, or as soon thereafter as the Court may deem practicable. Good cause exists for the continuance, as follows:

　　　　1.　　As the Court's records will reflect, this action was filed on May 21, 2014 to collect unpaid contributions and related amounts owed to Plaintiffs for work performed by Defendants' employees, pursuant to the Collective Bargaining Agreement.

　　　　2.　　Plaintiffs had difficulties locating Defendant to effectuate service. After numerous attempts, Defendant was served with the Complaint on August 15, 2014 and a Proof of Service of Summons was filed with the Court on August 22, 2014.

       3.       Defendant's Responsive Pleading deadline was September 5, 2014.

       4.       Plaintiffs requested and were granted entry of default on September 16, 2014 as Defendants failed to file a response to the Complaint within the time permitted.

       5.       Following entry of Default, Plaintiffs' counsel sent one final demand to Defendant and further attempted to resolve the matter informally. Plaintiffs were unable to informally resolve the matter.

       6.       Plaintiffs are now finalizing a Motion for Default Judgment, along with the necessary supporting declarations and exhibits. Plaintiffs will be filing the Motion for Default Judgment, and supporting documents, prior to the scheduled February 2, 2015 Case Management Conference. Plaintiffs' intend to notice their Motion for Default Judgment for hearing on March 16, 2015, in Courtroom 2 of the above-captioned Court.

       7.       In the interest of conserving costs as well as the Court's time and resources, Plaintiffs respectfully request that the Court continue the currently scheduled Case Management Conference for at least forty-five (45) days to coincide with the hearing on Plaintiffs' Motion for Default Judgment, or as soon thereafter as the Court may deem practicable.

I declare under penalty of perjury that I am the attorney for the Plaintiffs in the above entitled action, and that the foregoing is true of my own knowledge.

Executed this 26th day of January, 2015, at San Francisco, California.

SALTZMAN & JOHNSON
LAW CORPORATION

By: /s/
     Adrian L. Canzoneri
     Attorneys for Plaintiffs

**IT IS SO ORDERED.**

Based on the foregoing, and GOOD CAUSE APPEARING, the currently set Case Management Conference is hereby continued to 04/06/2015, at 1:30 PM. All related deadlines are extended accordingly.

Date: 01/27/2015

UNITED STATES DISTRICT COURT JUDGE

-2-
PLAINTIFFS' REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE
Case No.: C14-02362-TEH

P:\CLIENTS\PATCL\Di Girolamo Painting 4\Pleadings\3d Request to Continue CMC 12615.docx